UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MERCHANTS BONDING COMPANY
(MUTUAL),

AND

MERCHANTS NATIONAL BONDING,
INC.,

                        Civil Action No. 2:24-cv-00845-cr

                    *Plaintiffs*,

        v**.**

JEFFREY J. PECK, an individual

                    *Defendant*.

## NOTICE OF APPEARANCE OF CO-COUNSEL

    NOW COMES Erin Miller Heins, of the law firm Langrock Sperry & Wool, LLP, and

hereby enters her appearance as co-counsel on behalf of the Plaintiffs Merchants Bonding

Company (Mutual) and Merchants National Bonding, Inc.

    DATED at Burlington, Vermont this 2nd day of August, 2024.

LANGROCK SPERRY & WOOL, LLP

_____
Erin Miller Heins
210 College Street, Ste 400
Burlington, VT 05401
eheins@langrock.com
Phone:  (802) 864-0217
***Attorneys for Plaintiffs Merchants Bonding
Company (Mutual) and Merchants National
Bonding, Inc.***

2178772.1