U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 16  PM 2: 52

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

MERCHANTS BONDING COMPANY )
(MUTUAL) and MERCHANTS NATIONAL )
BONDING, INC., )
 )
      Plaintiffs, )   Civil Action No. 2:24-CV-845
 )
JEFFREY J. PECK, )
 )
      Defendants. )

## ORDER

This matter came before the court on the Stipulated Motion by Plaintiffs Merchants Bonding Company (Mutual) and Merchants National Bonding, Inc. and Defendant Jeffrey J. Peck, filed August 16, 2024.  Based upon the Stipulation of the Parties and pursuant to Vermont Rule of Civil Procedure 4.1(e), it is hereby ORDERED that:

1.    The Parties' Stipulated Motion is GRANTED.

2.    The Court's August 2, 2024 Order granting Plaintiff's *Ex Parte* Motion for Prejudgment Writ of Attachment (Doc. 5) (the "Order") is VACATED.

3.    The Writ of Attachment issued by the Clerk of Court of the United States District Court for the District of Vermont on August 5, 2024 pursuant to the Order is DISSOLVED.

4.    Any future Motion for Attachment or Motion for Trustee Process by the Plaintiffs in the above-captioned action shall be filed and heard only with notice of such Motion to the Defendant and an opportunity to object as provided in the Vermont Rules of Civil Procedure.

5.    The Court waives any hearing on the foregoing.

Dated at Burlington, in the District of Vermont this ___16th___ day of August, 2024.

_____
Christina Reiss, Chief Judge
United States District Court