# CHITTENDEN COUNTY SHERIFF'S OFFICE
## P.O. BOX 1426
## BURLINGTON, VERMONT 05402

### RETURN OF SERVICE

_MERCHANTS_ VS. _PECK_ _____

Docket #

On the _19_ day of _AUGUST_, 20 _24_ I made service of the following document(s) upon the defendant _JEFFREY J. PECK_

_____

- ☑ Summons
- ☑ Complaint
- ☑ Motion(s)
- ☐ Affidavit
- ☐ Summons to Trustee
- ☑ List of Exemptions
- ☐ Trustee Disclosure Under Oath
- ☐ Order to Escrow Rent
- ☐ Notice of Termination
- ☐ Subpoena - Witness fees of _____
- ☑ _MEMORANDUM OF LAW IN SUPPORT_
- ☑ _WRIT OF ATTACHMENT & ORDER._
- ☑ _WRIT OF ATTACHMENT._

- ☐ Interrogatories
- ☑ Exhibit(s)
- ☐ Writ of Possession
- ☐ Judgment Order
- ☑ Order _____
- ☐ Notice of Appearance
- ☐ Notice of Hearing _____
- ☐ Writ of Attachment
- ☐ Answer Form

☑ by delivering a copy of the same to the defendant.

☐ by delivering a copy of the same to  _____

_____

☐ a person of suitable age and discretion and then and there a resident at the usual place of abode of said defendant.

☑ At _618 BRENNAN WOODS DRIVE, WILLISTON, VT_

Vermont, (for each of them) a copy thereof with my return endorsed thereon.

| | | | |
|---|---|---|---|
| Service | _1_ | Copies $ | _75.00_ |
| Travel | _16_ | Miles | _10.72_ |
| Postage | | | _.69_ |
| Copying | _____ | Copies | _____ |
| Other | _____ | | _____ |
| TOTAL | | $ | _86.41_ |

Sheriff/Deputy Sheriff