UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MERCHANTS BONDING COMPANY (MUTUAL) and MERCHANTS NATIONAL BONDING, INC., <br><br> Plaintiffs, <br><br> JEFFREY J. PECK, <br><br> Defendant. | ) ) ) ) ) Civil Action No. 2:24-CV-845 ) ) ) ) ) |

### SECOND STIPULATED MOTION FOR EXTENSIONS OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE REPLY

NOW COME the parties Plaintiffs Merchants Bonding Company (Mutual) and Merchants National Bonding, Inc. ("Plaintiffs"), and Defendant Jeffrey J. Peck, by and through undersigned counsel, and on a stipulated basis move the Court to amend the briefing schedule with regard to Plaintiffs' pending Motion to Dismiss Counterclaim [ECF 39]. Presently, Defendant's response is due on or before December 18, 2024 and Plaintiffs' reply memorandum is due on or before January 8, 2025 [ECF 44]. Since the briefing schedule was entered, the parties have been working to informally exchange documents and information pertinent to the case. Given the focus on this effort, Defendant has requested, and Plaintiffs have consented to, a minor extension to prepare a responsive pleading.

Having met and conferred, the parties have stipulated to request a 9-day extension to both deadlines, as follows:

- Defendant's responsive pleading shall be filed on or before December 27, 2024;
- Plaintiffs' reply memorandum shall be filed on or before January 17, 2025.

The parties agree that this extension of time is reasonable under the circumstances, and will not result in undue delay or undue prejudice. This proposal represents a 9-day extension for both

memoranda, and the matter will still be fully briefed sufficiently in advance of the motions hearing noticed for February 3, 2025.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the parties request that the Court GRANT this stipulated Motion and extend Defendant's deadline to respond to Plaintiffs' Motion to Dismiss Counterclaim through and including December 27, 2024, with Plaintiff's deadline to file a reply extended through and including January 17, 2025.

DATE: December 16, 2024

By: _/s/ Lisa B. Shelkrot_____
Erin M. Heins
Lisa B. Shelkrot
LANGROCK SPERRY & WOOL
210 College Street, Suite 400
Burlington, VT 05402
Tel.: (802) 864.0217
Fax: (802) 864.0137
Email: eheins@langrock.com
Email: lshelkrot@langrock.com

Lauren P. McLaughlin, Esq. (admitted *pro hac vice*)
Ashley P. Cullinan, Esq. (admitted *pro hac vice*)
SMITH CURRIE OLES LLP
1921 Gallows Road, Suite 850
Tysons, Virginia 22182
Telephone: (703) 506.1990
Facsimile: (703) 506.1140
lpmclaughlin@smithcurrie.com
apcullinan@smithcurrie.com

*Counsel for Plaintiffs Merchants Bonding Company (Mutual) and Merchants National Bonding, Inc.*

- and –

*/s/ Evan J. O'Brien*
Andre Bouffard, Esq.
Evan O'Brien, Esq.
DOWNS RACHLIN MARTIN PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402
Telephone: (802) 863-2375
Email: abouffard@drm.com
eobrien@drm.com

Daniel F.X. Geoghan, Esq. (*pro hac vice*)
Adam Sklar, Esq. (*pro hac vice*)
Mark Tsukerman, Esq. (*pro hac vice*)
COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: dgeoghan@coleschotz.com
asklar@coleschotz.com
mtsukerman@coleschotz.com

*Counsel for Defendant Jeffrey J. Peck*