UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MERCHANTS BONDING COMPANY (MUTUAL),<br><br>AND<br><br>MERCHANTS NATIONAL BONDING, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY J. PECK, an individual<br><br>    Defendant. | Civil Action No. 2:24-cv-845 |

**STIPULATED MOTION TO CONTINUE THE FEBRUARY 3, 2025 HEARING**

Plaintiffs Merchants Bonding Company (Mutual) and Merchants National Bonding, Inc. (collectively "Merchants" or "Surety") and Defendant Jeffrey J. Peck ("Defendant"), (collectively, the "Parties") by and through their undersigned counsel, jointly request a thirty (30) day continuance of the hearing currently scheduled for February 3, 2025. The parties have engaged in settlement discussions and are working on reducing terms for resolution of this matter in the form of an agreement. Therefore, to give the parties time to continue towards resolution, all parties consent to a thirty (30) day continuance of the February 3, 2025 hearing.

WHEREFORE, the Parties respectfully request that the Court continue the February 3, 2025 hearing for thirty (30) days.

DATE: January 29, 2025

Respectfully submitted,

**MERCHANTS BONDING COMPANY (MUTUAL) AND MERCHANTS NATIONAL BONDING, INC.**

By Counsel:

*/s/ Lisa B. Shelkrot, Esq.*
Erin M. Heins, Esq.
Lisa B. Shelkrot, Esq.
LANGROCK SPERRY & WOOL
210 College Street, Suite 400
Burlington, Vermont 05402
Telephone: (802) 864.0217
Facsimile: (802) 864.0137
eheins@langrock.com
lshelkrot@langrock.com


*/s/ Lauren P. McLaughlin, Esq.*
Lauren P. McLaughlin, Esq. (admitted *pro hac vice*)
Ashley P. Cullinan, Esq. (admitted *pro hac vice*)
SMITH CURRIE OLES LLP
1921 Gallows Road, Suite 850
Tysons, Virginia 22182
Telephone: (703) 506.1990
Facsimile: (703) 506.1140
lpmclaughlin@smithcurrie.com
apcullinan@smithcurrie.com


*Counsel for Plaintiffs*

*/s/ Evan J. O'Brien*
Andre Bouffard, Esq.
Evan O'Brien, Esq.
**DOWNS RACHLIN MARTIN**
199 Main Street
Burlington, VT 05402
Telephone: (802) 863-2375
Email: abouffard@drm.com
       eobrien@drm.com
Daniel F.X. Geoghan, Esq. (*pro hac vice*)
Adam Sklar, Esq. (*pro hac vice*)
Mark Tsukerman, Esq. (*pro hac vice*)

2

**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: dgeoghan@coleschotz.com
          asklar@coleschotz.com
          mtsukerman@coleschotz.com

*Counsel for Defendant*