**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

March 24, 2025

Ashley P. Cullinan, Esq.
Lauren P. McLaughlin, Esq.
Smith Currie Oles LLP
1921 Gallows Road, Suite 850
Tysons, VA 22182

Erin Miller Heins, Esq.
Lisa B. Shelkrot, Esq.
Langrock Sperry & Wool, LLP
210 College Street
P.O. Box 721
Burlington, VT 05402-0721

Adam J. Sklar, Esq.
Daniel F.X. Geoghan, Esq.
Mark Tsukerman, Esq.
Cole Schotz
19th Floor
1325 Avenue of the Americas
New York, NY 10019

Andre D. Bouffard, Esq.
Evan J. O'Brien, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Re:   *Merchants Bonding Company (Mutual) et al v. Peck*
      Docket No. 2:24-cv-845

Dear Counsel:

    I am writing to you regarding the Early Neutral Evaluation (ENE) process in the above-captioned matter. According to our records, the ENE Evaluator was assigned on December 2, 2024. Please advise the court, *in* writing, [1] by **April 4, 2025** of the date and time of the ENE session.

Sincerely,
*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

cc:
    Gary L. Franklin, Esq., *ENE Evaluator*

---

[1] Use CM/ECF event *Other Documents – Response*, link response to this letter.