# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| **MERCHANTS BONDING COMPANY (MUTUAL)**<br><br>**AND**<br><br>**MERCHANTS NATIONAL BONDING, INC.**<br><br>     Plaintiffs,<br><br>v.<br><br>**JEFFREY J. PECK, an individual**<br><br>     Defendant. | **Civil Action No.: 2:24-cv-00845-cr** |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs Merchants Bonding Company (Mutual) and Merchants National Bonding, Inc. and Defendant Jeffrey J. Peck, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal, with prejudice, of this civil action and all claims asserted herein, with each party bearing its own fees and costs.

Dated: April 3, 2025

                    Respectfully submitted,

                    **MERCHANTS BONDING COMPANY (MUTUAL) AND MERCHANTS NATIONAL BONDING, INC.**

                    By Counsel:

                    */s/ Lisa B. Shelkrot, Esq.*
                    Erin M. Heins, Esq.
                    Lisa B. Shelkrot, Esq.
                    **LANGROCK SPERRY & WOOL**
                    210 College Street, Suite 400
                    Burlington, Vermont 05402
                    Telephone: (802) 864.0217
                    Facsimile: (802) 864.0137
                    Email: eheins@langrock.com
                           lshelkrot@langrock.com

/s/ Ashley P. Cullinan, Esq.
Ashley P. Cullinan, Esq. (*pro hac vice*)
**SMITH CURRIE OLES LLP**
1921 Gallows Road, Suite 850
Tysons, Virginia 22182
Telephone: (703) 506.1990
Facsimile: (703) 506.1140
Email: apcullinan@smithcurrie.com

*Counsel for Plaintiffs*


/s/ Evan J. O'Brien
Andre Bouffard, Esq.
Evan O'Brien, Esq.
**DOWNS RACHLIN MARTIN**
199 Main Street
Burlington, Vermont 05402
Telephone: (802) 863-2375
Email: abouffard@drm.com
       eobrien@drm.com

Daniel F.X. Geoghan, Esq. (*pro hac vice*)
Adam Sklar, Esq. (*pro hac vice*)
Mark Tsukerman, Esq. (*pro hac vice*)
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: dgeoghan@coleschotz.com
       asklar@coleschotz.com
       mtsukerman@coleschotz.com

*Counsel for Defendant*